UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| WILLIAM COX, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. 1:07-cv-1480-RLY-TAB |
| ) | |
| INDIANAPOLIS METROPOLITAN ) | |
| POLICE DEPT., et al., ) | |
| ) | |
| Defendants. ) | |

**Entry Concerning Selected Matters**

The court, having considered the above action and the matters which are pending, makes the following rulings:

1.   The clerk is designated, pursuant to *Fed. R. Civ. P.* 4(c)(2), to issue and serve process on the defendants in the manner specified by *Fed. R. Civ. P.* 4(d)(2). Process in this case shall consist of the complaint, applicable forms (1A and 1B) and this Entry.

2.   Notwithstanding the directions issued in paragraph 1 of this Entry, because "[d]istrict judges have ample authority to dismiss frivolous or transparently defective suits spontaneously, and thus save everyone time and legal expense." *Hoskins v. Poelstra,* 320 F.3d 761, 762 (7th Cir. 2003)(citing *Rowe v. Shake,* 196 F.3d 778, 783 (7th Cir. 1999)), the court may dismiss or further address the viability of certain claims on its own motion in the future.

**IT IS SO ORDERED.**

Date:   04/29/2008

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distribution:

William Cox
875063
New Castle Correctional Facility
P.O. Box A
New Castle, IN 47362

Indiana Metropolitan Police Department
50 North Alabama Street
Indianapolis, IN 46204

Officer David B. Bolling
50 North Alabama Street
Indianapolis, IN 46204

Lt. Vancleave
50 North Alabama Street
Indianapolis, IN 46204